CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHICHENG YANG,<br><br>           Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>           Defendant. | Case No. 3:25-cv-08014-LJC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until January 8, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

      Plaintiff filed this action seeking adjudication of his Form I-485, Application for Adjustment of Status. The parties conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time to allow United States Citizenship and Immigration Services to further process Plaintiff's application. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 8, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal

Stipulation to Stay
Case No. 3:25-cv-08014-LJC                        1

of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 25, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: November 25, 2025

*/s/ Michael Chen*
MICHAEL CHEN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 26, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.